IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-211-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**PATRICIA CABANO,**

        Defendant.

## ORDER

Kane, J.

Upon consideration of the Plaintiff's Petition to Disclose Matters Occurring Before Grand Jury to Defendant (doc. #3), filed May 19, 2009, it is,

ORDERED that the Motion is GRANTED.  Copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorney for the Defendant for use in preparation for trial.

IT IS FURTHER ORDERED that the disclosed materials are not to be reproduced and shall be retained in the personal custody or offices of the attorney for the Defendant.

Dated:  May 22, 2009

        BY THE COURT:

        *S/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court