IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-211-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**PATRICIA CABANO,**

       Defendant.

**AMENDED ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

Kane, J.

The Government's Unopposed Request for Clarification of Court's Order of June 25, 2009, is **GRANTED**. In addition to the amended order of continuance, please note the change of the date of the Final Trial Preparation Conference/Motions Hearing.

The June 25 order is amended as follows: Defendant's Unopposed Motion for "Ends of Justice Continuance" and Extension of Motions Filing Deadline (doc. #17), filed June 22, 2009 is **GRANTED**. The court finds that sufficient grounds exist to grant such relief pursuant to 3161(h)(7)(B)(iv). The ends of justice clearly require this continuance in order to provide adequate time for investigation and preparation of defense. In addition, the court has weighed the interests of the public and the defendant in a speedy trial against the defendant's need for a continuance for the reasons set forth in her motion, and concludes that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A). It is

**ORDERED** that the 8 day jury trial set for August 3, 2009 is **VACATED AND**

**RESET** for **November 2, 2009 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  The Final Trial Preparation Conference/Motions Hearing set for July 24, 2009, is **VACATED AND RESET** for **October 22, 2009 at 2:00 p.m.**  The motions deadline is extended to **September 24, 2009**; the deadline for responses is extended to **October 9, 2009.**  The time for speedy trial shall be tolled until the trial date.

Dated:  August 7, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court